UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-203-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER ALLOWING SUBSTITUTION OF COUNSEL |
| DORIAM GERMAN MORENO-ROCHA, | ) | |
| Defendant. | ) | |

Defendant's motion for the substitution of counsel whereby attorney Peter A. Camiel requests to become attorney of record for the defendant Doriam German Moreno-Rocha and attorney Christopher Black withdraws as counsel is hereby granted.

DATED this 30th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order Re Substitution of Counsel
(USA v. Doriam German Moreno-Rocha
CR19-203-RSM)

**PETER A. CAMIEL
CAMIEL & CHANEY P.S.
520 Pike Street, Suite 2500
Seattle, WA  98101
(206)624-1551**