UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DORIAM MORENO-ROCHA, <br><br> Defendant. | Case No.  CR19-203RSM <br><br> ORDER TO SEAL |

Defendant, Doriam Moreno-Rocha, has filed a motion to seal certain exhibits to his sentencing memorandum. For the reasons indicated in the motion, Defendant's Motion to Seal (Dkt #713) is GRANTED and Defendant's referenced exhibits shall remain under seal.

DATED this 3rd day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1